UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

J & J SPORTS PRODUCTIONS, INC.          CIVIL ACTION NO. 6:17-v-01324

VERSUS                                  TERRY A. DOUGHTY

YVONNE E. THIBODEAUX                     MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 15) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for default judgment (Rec. Doc. 9), which was filed by the Plaintiff, J&J Sports Productions, Inc., is hereby GRANTED; judgment is hereby entered against Defendant Yvonne E. Thibodeaux, d/b/a Sparkles-N-Stars II, consistent with the report and recommendation.

**IT IS FURTHER ORDERED** that Plaintiff, J&J Sports Productions, Inc., be awarded statutory damages in the amount of $12,000.00 and enhanced statutory damages in the amount of $13,000.00, for a total of $25,000.00.

**IT IS FURTHER ORDERED** that Defendant Yvonne E. Thibodeaux, d/b/a Sparkles-N-Stars II, shall pay to Plaintiff, J&J Sports Productions, Inc., $3,025.00 in attorney's fees and $400.00 in costs.

Signed at ___Monroe___, Louisiana, this _7th_ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE